# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DO NO HARM<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, *et al.*<br><br>　　　　　　**Defendants.** | CIVIL ACTION NO. 25-1435 |

## ORDER

**AND NOW**, this 26th day of March 2025, it is hereby **ORDERED** that the applications of Cameron T. Norris, Esquire [Doc. No. 5]; Marie E. Sayer, Esquire [Doc. No. 6]; Thomas R. McCarthy, Esquire [Doc. No. 7]; and Zachary P. Grouev, Esquire [Doc. No. 8] to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) are **GRANTED**.[1]

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.