IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DO NO HARM,**<br><br>　　　**Plaintiff,**<br><br>　　　v.<br><br>**THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM,** *et al*.<br><br>　　　**Defendants.** | **CIVIL ACTION NO.  25-1435** |

## ORDER

　　**AND NOW**, 24th day of April 2025, upon consideration of Defendant WURD Radio, LLC's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint [Doc. No. 17], it is hereby **ORDERED** that the motion is **GRANTED**. WURD Radio, LLC's response to the Complaint shall be due on or before **May 23, 2025**.

　　It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**