IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DO NO HARM**  **Plaintiff,**  v.  **THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM,** *et al.*  **Defendants.** | CIVIL ACTION NO. 25-1435 |

## ORDER

**AND NOW**, this 30th day of April 2025, upon consideration of the Unopposed Motion to Extend Deadline For Defendant Consortium of DEI Health Educators to Answer or Otherwise Respond to Complaint [Doc. No. 19], it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant Consortium of DEI Health Educators shall respond to the Complaint by Answer or Otherwise no later than **May 23, 2025**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**