IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DO NO HAMM**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM,** *et al.*<br><br>　　　　**Defendants.** | **CIVIL ACTION NO. 25-1435** |

## ORDER

**AND NOW**, this 8th day of May 2025, it is hereby **ORDERED** that the Motion to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) [Doc. No. 21] is **GRANTED**. The Clerk of Court is **DIRECTED** to add George J. Hazel, Esquire, as counsel for WURD Radio, LLC. Counsel is **DIRECTED** to request ECF filing access using their PACER Account.[1]

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/attorneys.